IN THE SUPREME COURT OF THE STATE OF MONTANA

---

IN RE: THE ADOPTION OF AMENDMENTS     )
TO SECTION I, PARAGRAPH 3(c) OF THE     )        DEC 16 1997
MONTANA SUPREME COURT 1996 INTERNAL     )     O R D E R   *Ed Smith*
OPERATING RULES AND OF TO THE STANDARD     )        CLERK OF SUPREME COU
PARAGRAPH INCLUDED IN NONCITABLE     )          STATE OF MONTANA
OPINIONS OF THIS COURT     )

---

Because this same date we have issued our order "In Re: the Matter of Opinion Forms and Citation Standards of the Supreme Court of Montana; and the Adoption of a Form of Public Domain and Neutral-Format Citation;" and because of amendments to § 3-2-603, MCA, enacted by the 1997 Legislature, it is necessary that we make appropriate amendments to Section I, Paragraph 3(c) of this Court's 1996 Internal Operating Rules and to the standard paragraph included in noncitable opinions of this Court. Accordingly, pursuant to our authority under Article VII, Section 2(3) of the Constitution of the State of Montana,

IT IS ORDERED that Section I, Paragraph 3(c) of this Court's 1996 Internal Operating Rules shall be amended to read as follows, effective this date.

> (c) If an appeal presents no constitutional issues, no issues of first impression, does not establish new precedent or modify existing precedent, or, in the opinion of the Court, would otherwise not be of future guidance for citation purposes to the citizens of Montana, the bench, or the bar, the Court may classify that appeal as one for a noncitable opinion. The decision for the case will provide the ultimate disposition without a detailed statement of facts or law. The decision shall not be citeable as precedent but shall be filed as a public document with the clerk; shall be reported by result only to the State

Reporter Publishing Company and to West Group along with the case title and Supreme Court cause number in the quarterly table of noncitable cases issued by this Court; and shall be assigned a public domain, neutral-format citation in accordance with the Court's order dated December 16, 1997, and posted to the State Bulletin Board.

IT IS FURTHER ORDERED that, from and after January 1, 1998, the standard paragraph included in noncitable opinions of this Court shall be amended as follows.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1996 Internal Operating Rules, the following decision shall not be cited as precedent but shall be filed as a public document with the Clerk of the Supreme Court and shall be reported by case title, Supreme Court cause number and result to the State Reporter Publishing Company and to West Group in the quarterly table of noncitable cases issued by this Court.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this order by mail to the following.

The Code Commissioner and Director of Legal Services for the State of Montana;
The District Judges of the State of Montana;
The Clerks of the District Courts of the State of Montana;
The Clerk of the United States District Court of the State of Montana;
W.H. Bellingham, Chairman of the Advisory Commissionof Rules of Civil and Appellate Procedure;
The President and Executive Director of the State Bar of Montana with a request that this order be published in the next available issue of The *Montana Lawyer;*
The State Reporter Publishing Company and West Group with a request that this order be published in their respective publications.

DATED this 16 day of December, 1997.

J. A. Turnage
Chief Justice

2

William E. Hunt Sr.

Karla M. Gray

W. William Leaphart

Jim Regnier

Terry Trieweiler

Justices